UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TYREZ BOWDEN, | ) CASE NO.: 1:22-CV-01319 |
| Plaintiff, | ) JUDGE: CHARLES ESQUE FLEMING |
| vs. | ) **NOTICE OF SETTLEMENT** |
| CITY OF EUCLID, et al., | ) |
| Defendants | ) |

Now come Defendants, by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and hereby notify this Court the above captioned case has settled. Defendants respectfully request thirty (30) days in which to file a Stipulated and Order for Dismissal.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Edmond Z. Jaber*
JAMES A. CLIMER (0001532)
JOHN D. PINZONE (0075279)
EDMOND Z. JABER (0096355)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email: ejaber@mrrlaw.com

OF COUNSEL: KELLEY SWEENEY (0068857)
City of Euclid Law Director
585 East 222nd Street, Ste. 200
Euclid, OH 44123
(216) 289-2746
Email: ksweeney@cityofeuclid.com

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2022, a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system and by regular U.S. Mail to the following:

Tyrez Bowden
3338 East 146th Street
Cleveland, OH 44120
   *Pro Se Plaintiff*

 

                               *s/Edmond Z. Jaber*
                               JAMES A. CLIMER (0001532)
                               JOHN D. PINZONE (0075279)
                               EDMOND Z. JABER (0096355)

                               Counsel for Defendants City of Euclid, Euclid
                               Police Department and Michael Amiott