UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TYREZ BOWDEN, | ) | CASE NO.: 1:22-CV-01319 |
| | ) | |
| Plaintiff, | ) | JUDGE: CHARLES ESQUE FLEMING |
| | ) | |
| vs. | ) | **STATUS REPORT** |
| | ) | |
| CITY OF EUCLID, et al., | ) | |
| | ) | |
| Defendants | ) | |

Now come Defendants, by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and hereby submit the following status report regarding the stipulated dismissal due January 5, 2023. This Court granted the Parties until January 5, 2023 to submit the Stipulated Notice of Dismissal due to Plaintiff being incarcerated causing delays. Undersigned counsel has made several attempts to obtain the signature of Plaintiff to no avail. These attempts include:

- On August 4, 2022 undersigned counsel sent the stipulated dismissal and settlement agreement to Brian P. Scherf for assistance obtaining the required signatures;

- On August 22, 2022, undersigned counsel sent a follow up email to Brian P. Scherf requesting a status update on the stipulated dismissal and settlement agreement with no response;

- On September 6, 2022 Brian P. Scherf and Sergey Kats informed undersigned counsel Plaintiff had been sentenced and incarcerated but agreed to continue to assist in obtaining Plaintiff's signature;

- On October 17, 2022, and October 29, 2022, undersigned counsel sent follow up emails to Brian P. Scherf and Sergey Katz requesting a status update on the signed documents but received no response;

- On November 18, 2022, undersigned counsel received a control number from Lorain County Correctional and sent the stipulated dismissal to Plaintiff requesting his signature.

To date, undersigned counsel has not received the signed stipulated dismissal or settlement agreement from Plaintiff, Brian P. Scherf, or Sergey Katz. Undersigned counsel will continue their efforts to obtain the required signatures and submit the stipulated dismissal to the Court.

        Respectfully submitted,

        MAZANEC, RASKIN & RYDER CO., L.P.A.

        *s/Edmond Z. Jaber*
        JAMES A. CLIMER (0001532)
        JOHN D. PINZONE (0075279)
        EDMOND Z. JABER (0096355)
        100 Franklin's Row
        34305 Solon Road
        Cleveland, OH 44139
        (440) 248-7906
        (440) 248-8861 – Fax
        Email:   jclimer@mrrlaw.com
                      jpinzone@mrrlaw.com
                      ejaber@mrrlaw.com

OF COUNSEL:        KELLEY SWEENEY (0068857)
                             City of Euclid Law Director
                             585 East 222nd Street, Ste. 200
                             Euclid, OH 44123
                             (216) 289-2746
                             Email: ksweeney@cityofeuclid.com

                             Counsel for Defendants City of Euclid, Euclid
                             Police Department and Michael Amiott

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, a copy of the foregoing Status Report was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system and by regular U.S. Mail to the following:

Tyrez Bowden (A792620)
Madison Correctional Institution
PO Box 740
London, OH 43140
   *Pro Se Plaintiff*

 

                                            *s/Edmond Z. Jaber*
                                            JAMES A. CLIMER (0001532)
                                            JOHN D. PINZONE (0075279)
                                            EDMOND Z. JABER (0096355)

                                            Counsel for Defendants City of Euclid, Euclid
                                            Police Department and Michael Amiott