**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TYREZ BOWDEN, | ) | CASE NO. 1:22-CV-1319 |
| Plaintiff, | ) ) | JUDGE CHARLES E. FLEMING |
| vs. | ) ) ) | **ORDER** |
| CITY OF EUCLID, *et al.*, | ) ) | |
| Defendants. | ) ) | |

On January 5, 2023, Defendants filed a status report concerning their attempts to contact Plaintiff and obtain his signature on a stipulated dismissal and settlement agreement. (ECF No. 9). Defendants indicated that Plaintiff is incarcerated and their attempts to contact him at Lorain Correctional Institution have been unsuccessful. However, the Court looked into the matter and determined from the Ohio Department of Rehabilitation and Correction that Plaintiff (Inmate No. A792620) is incarcerated at Madison Correctional Institution, 1851 State Route 56, London, Ohio 43140. Accordingly, the Court will allow Defendants an extension until January 31, 2023 to contact Plaintiff and seek to obtain his signature.

**IT IS SO ORDERED.**

Date: January 10, 2023

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**

1