UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| TYREZ BOWDEN, | ) CASE NO.: 1:22-CV-01319 |
|---|---|
| Plaintiff, | ) JUDGE: CHARLES ESQUE FLEMING |
| vs. | ) **STIPULATION AND ORDER OF** |
| CITY OF EUCLID, et al., | ) **DISMISSAL WITH PREJUDICE** |
| Defendant | ) |

Plaintiff, pro se, and Defendants, by and through undersigned counsel, do hereby stipulate that the above-captioned matter has been fully settled and compromised, that this action be dismissed with prejudice and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

_____
JUDGE CHARLES ESQUE FLEMING

s/ *Tyrez Bowden*
TYREZ BOWDEN (A792620)
Madison Correctional Institution
PO Box 740
London, OH 43140
Legal Mail: 011023LMWR

Pro Se Plaintiff

s/ *Edmond Z. Jaber*
JAMES A. CLIMER (0001532)
JOHN D. PINZONE (0075279)
EDMOND Z. JABER (0096355)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:  jclimer@mrrlaw.com
   jpinzone@mrrlaw.com
   ejaber@mrrlaw.com

OF COUNSEL:  KELLEY SWEENEY (0068857)
City of Euclid Law Director
585 East 222nd Street, Ste. 200
Euclid, OH 44123
(216) 289-2746
Email: ksweeney@cityofeuclid.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January _31_, 2023, a copy of the foregoing Stipulation for Dismissal and Journal Entry was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system and to the following by regular U.S. Mail:

Tyrez Bowden (A792620)
Madison Correctional Institution
PO Box 740
London, OH 43140
   *Pro Se Plaintiff*

*s/Edmond Z. Jaber*
EDMOND Z. JABER (0096355)

Counsel for Defendants