UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TYREZ BOWDEN, | ) CASE NO.: 1:22-CV-01319 |
| Plaintiff, | ) JUDGE: CHARLES ESQUE FLEMING |
| vs. | ) **STIPULATION AND ORDER OF** |
| CITY OF EUCLID, et al., | ) **DISMISSAL WITH PREJUDICE** |
| Defendant | ) |

Plaintiff, pro se, and Defendants, by and through undersigned counsel, do hereby stipulate that the above-captioned matter has been fully settled and compromised, that this action be dismissed with prejudice and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

The Court has reviewed the [11] stipulation and notice of dismissal and has also been provided, via email, the settlement agreement, which includes a signature line for Plaintiff's counsel. Plaintiff is currently pro se, as the attorneys who previously sought to be his counsel ignored orders issued by this Court to either be admitted to practice or file pro hac vice motions. If the parties file ANY additional documents in this case post dismissal and Plaintiff purports to have counsel, such counsel MUST either be admitted to practice in this Court or be admitted pro hac vice. Pursuant to the stipulation, this action is DISMISSED with prejudice. IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: February 1, 2023

s/ *Tyrez Bowden*
TYREZ BOWDEN (A792620)
Madison Correctional Institution
PO Box 740
London, OH 43140
Legal Mail: 011023LMWR

Pro Se Plaintiff

s/ *Edmond Z. Jaber*
JAMES A. CLIMER (0001532)
JOHN D. PINZONE (0075279)
EDMOND Z. JABER (0096355)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861   Fax
Email:  jclimer@mrrlaw.com
        jpinzone@mrrlaw.com
        ejaber@mrrlaw.com